■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DRISLANE, True Name WILLIAM JAMES DRISLANE, Appellant.— Appeal (1) from a judgment rendered by the County Court, Kings County, sentencing appellant, after he had been found guilty by a jury of manslaughter in the first degree, to serve from 10 to 20 years, and (2) from an order denying a motion to set aside the verdict and for a new trial. Judgment affirmed. No opinion. No separate appeal lies from the intermediate order, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock and Hallinan, JJ., concur; Kleinfeld, J., dissents and votes to reverse the judgment and to order a new trial, with the following memorandum: In my opinion, the trial court committed prejudicial error (a) by failing to instruct the jury that it could find appellant guilty of manslaughter in the second degree under subdivision 3 of section 1052 of the Penal Law, (b) by instructing the jury that there could not be a " dangerous weapon " in manslaughter in the second degree, and (c) by instructing the jury that the paring knife used in the homicide was a " dangerous weapon " as a matter of law (People v. Heineman, 211 N. Y. 475; 1937 Report of N. Y. Law Rev. Comm., pp. 726–730). It is also my opinion that the sentence imposed is excessive, in view of the circumstances of this offense and the fact that appellant had never been previously convicted of a crime (cf. People v. Lewis, 282 App. Div. 267, 273). Murphy, J., deceased.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEYMOUR NORTHFLEET, Appellant.— Appeal from an order of the County Court, Westchester County, which denied, without a hearing, appellant's application in the nature of a writ of error coram nobis to vacate a judgment of said court rendered on August 1, 1957 sentencing appellant, after he had been found guilty by a jury of grand larceny in the first degree, to serve from five to six years as a second felony offender. The grounds assigned were that the complaining witness gave perjured testimony and that such testimony was given with the knowledge of the prosecution. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES R. OSKEY, Appellant.— Appeal from a judgment rendered by the County Court, Nassau County, committing appellant to the Elmira Reception Center after he had been adjudged to be a youthful offender. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY TRINITY, BROOKLYN, NEW YORK, Appellants, v. MANUFACTURERS TRUST COMPANY et al., Defendants, and LEWIS G. REYNOLDS, et al., Respondents.— In an action for a declaratory judgment, the appeal is from an order and judgment (one paper) granting respondents' motion for summary judgment dismissing the complaint. The complaint alleges that the Church of the Holy Trinity has funds in excess of $400,000 on deposit with defendants, subject to disposition by written order of certain authorized officers of the church. Appellants sought a judgment declaring valid two resolutions, purportedly adopted by the vestry on behalf of the church, naming three designees as the authorized officers of the church empowered to dispose of said funds. Order and judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock and Kleinfeld, JJ. Murphy, J., deceased.